UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALLYSON MARIE DENOMIE,

Defendant.

_____/

Case No. 2:26-cr-00004

Hon. Hala Y. Jarbou
Chief U.S. District Judge

## REPORT AND RECOMMENDATION

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on June 3, 2026, after receiving the written consent of Defendant and all counsel.  At the hearing, Defendant Allyson Marie Denomie entered a plea of guilty to Count 1 of the Indictment, which charges her with distribution of cocaine, in violation of 21:841(a)(1) and 21:841(b)(1)(C).

On the basis of the record made at the hearing, I find:

1.    that Defendant is fully capable and competent to enter an informed plea;

2.    that the plea is made knowingly and with full understanding of each of the rights waived by Defendant;

3.    that Defendant's guilty plea is made voluntarily and free from any force or threats;

4.    that the Defendant understands the nature of the charge and penalties provided by law; and

5.    that the plea has a sufficient basis in fact.

I therefore recommend that Defendant's plea of guilty be accepted, and that the court adjudicate Defendant guilty.

Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date:   June 4, 2026          /s/ *Maarten Vermaat*

MAARTEN VERMAAT
UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. Mich. LCrR 11.1